**FILED**
Apr 21, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7



**SEALED**

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00114-JLT-SKO |
12 |            Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
13 |         v. | |
14 | YOVANY RAMIREZ AKA GEO RAMIREZ, | |
15 | | |
16 |            Defendant. | |

17

18      The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal

19 Procedure, to order and direct that the Indictment returned by the Grand Jury on April 21, 2022,

20 charging the above defendant with a violation of 21 U.S.C. § 841(a)(1) – Distribution of fentanyl to a

21 Person Under Age 21; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute fentanyl; 21 U.S.C. §

22 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in

23 custody or has been given bail on these offenses; and further order that until such time as the defendant

24 is in custody or has been given bail, that no person shall disclose the finding of the Indictment

25 / / /

26 / / /

27 / / /

28 / / /

   Motion to Seal Indictment                    1

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: April 21, 2022                      Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                    By      /s/ Antonio J. Pataca
                                           ANTONIO J. PATACA
                                           Assistant U.S. Attorney

      IT IS SO ORDERED.

Dated:  April 21, 2022                     _____
                                           ERICA P. GROSJEAN
                                           U.S. Magistrate Judge

Motion to Seal Indictment                           2