UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br>　　v.<br>YOVANY RAMIREZ,<br>　Aka Geo Ramirez,<br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00114-JLT-SKO<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California, it is hereby ordered that the Indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

DATED: 5/4/2022

　　　　　　　　　　　　　　　　　　　　_Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE