HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
JAYA C. GUPTA, CA Bar 312138
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA  93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YOVANY RAMIREZ.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-cr-00114-JLT-SKO |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| YOVANY RAMIREZ, | |
| *Defendant.* | |

   Jaya C. Gupta, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for appointment of new counsel to represent defendant YOVANY RAMIREZ.  As grounds, she states:

1. The Federal Defender's Office was appointed to represent Yovany Ramirez on May 4, 2022, at his initial appearance on a criminal complaint.  Dkt. #6.
2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.
3. The undersigned has taken a position with the Federal Defender's Office in the Central District of California to be closer to her family and anticipates making the transition in late November 2022.

4. As Mr. Ramirez is still in need to counsel to represent him, our office has contacted CJA panel attorney Monica Bermudez, who is available and willing to accept the appointment.
5. Accordingly, the undersigned requests that she be permitted to withdraw from the case, and that new counsel, Monica Bermudez, be appointed.

Respectfully submitted,

DATED: November 14, 2021

*/s/ Jaya C. Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Attorneys for YOVANY RAMIREZ.

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of Yovany Ramirez, and that CJA panel counsel Monica Bermudez shall be appointed.

IT IS SO ORDERED.

Dated: **November 14, 2022**       /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

Ramirez: Motion to Withdraw