PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>YOVANY RAMIREZ,<br><br>                Defendant. | CASE NO. 1:22-CR-00114-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; |

**STIPULATION**

1.    By previous order, this matter was set for status on September 20, 2023.

2.    By this stipulation, the parties now stipulate and request that the status conference be vacated and a change of plea be scheduled for November 20, 2023, at 10:00 a.m. and to exclude time between September 20, 2023, and November 20, 2023, at 10:00 a.m., under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes reports, photographs, statement of the defendant, criminal history, and digital evidence. All of this discovery has been produced directly to counsel and/or made available for inspection. On June 8, 2022, the government produced supplemental discovery consisting of additional reports, statement of the defendant, and digital evidence.  On October 17, 2022, the government produced a second batch of supplemental discovery consisting of additional reports,

photographs, and videos.

  b) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, finalize the plea with the government, and to otherwise prepare for the change of plea hearing.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2023 to November 20, 2023, at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  September 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 13, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
YOVANY RAMIREZ

**ORDER**

IT IS SO ORDERED.

DATED: 9/13/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE