PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>YOVANY RAMIREZ,<br><br>                              Defendant. | CASE NO.  1:22-CR-00114-JLT-SKO<br><br>STIPULATION TO CONTNUE CHANGE OF PLEA HEARING AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1.      By previous order, this matter was set for a change of plea hearing on November 20, 2023.

2.      By this stipulation, the parties now stipulate and request that the change of plea be continued and scheduled for January 8, 2024, at 10:00 a.m. and to exclude time between November 20, 2023, and January 8, 2024, at 10:00 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes reports, photographs, statement of the defendant, criminal history, and digital evidence. All of this discovery has been produced directly to counsel and/or made available for inspection. On June 8, 2022, the government produced supplemental discovery consisting of additional reports, statement of the defendant, and digital evidence.  On October 17, 2022, the government

                                                    1

produced a second batch of supplemental discovery consisting of additional reports, photographs, and videos.

b)      Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, and to otherwise prepare for the change of plea hearing.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period ofNovember 20, 2023 to January 8, 2024, at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 14, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  November 14, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
YOVANY RAMIREZ



## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 15, 2023**

UNITED STATES DISTRICT JUDGE