MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
Yovany Ramirez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Yovany Ramirez,<br><br>　　　　　　　　　　Defendants. | CASE NO.  1:22-cr-00114 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE:  April 29, 2024<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

　　Yovany Ramirez, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on April 29, 2024 at 9:00 a.m.

2. By this stipulation, defendant now move to continue the sentencing hearing to **May 20, 2024, at 9:00. a.m.**, before the Honorable Jennifer L. Thurston.

3. Counsel and United States Probation Officer, Jesse Mora were not able to schedule the PSR interview until a date after the deadline.

4. As such, additional time is required to allow USPO Jesse Mora time to draft the PSI and to allow counsel time to review the final PSI and file a statement in mitigation.

1

5. Counsel requests the following schedule:

- Draft Due to Parties: April 8, 2024
- Informal Objections: April 22, 2024
- Final PSR: April 29, 2024
- Formal Objections to the Presentence Report shall be filed with the Court and served on Probation Officer and opposing counsel no later than: May 6, 2024
- Reply, or Statement of Non-Oppostion: May 13, 2024

6. I have spoken to AUSA Antonio Pataca and USPO Jesse Mora and they have no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: March 25, 2024

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Yovany Ramirez

DATED: March 25, 2024

/s/Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

**O R D E R**

The sentencing hearing is CONTINUED to **May 20, 2024 at 9:00 a.m.**  It is further ordered that the schedule for the PSR and sentencing objections/memoranda is amended as follows:

Draft PSR Due to Parties: April 8, 2024

Informal Objections: April 22, 2024

Final PSR: April 29, 2024

Formal Objections to the Presentence Report (filed with the Court and served on the Probation Officer and opposing counsel): May 6, 2024

Reply or Statement of Non-Oppostion: May 13, 2024.

IT IS SO ORDERED.

Dated:   **March 26, 2024**

UNITED STATES DISTRICT JUDGE

3