MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
YOVANY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00114 JLT-SKO |
| Plaintiff, | STIPULATION  AND  ORDER TO CONTINUE SENTENCING |
| v. | DATE:  May 20, 2024 |
| YOVANY RAMIREZ, | TIME:   9:00 A.M. |
| Defendants. | JUDGE: HONORABLE THURSTON |

**STIPULATION**

Yovany Ramirez, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1.  By previous order, this matter was set for sentencing on May 20, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to July 1, 2024.

2.  On May 6, 2024, I appeared before the Honorable Judge Gloria Cannon in the matter of *People v. Rantez Brown* BF193292A in the Kern County Superior Court for a preliminary hearing.

3.  The People were not ready to proceed to preliminary hearing on May 6, 2024. My client, Mr. Brown, would not enter into a time waiver for his preliminary hearing and the Court set the

1

matter for May 20, 2024.

4.  Due to this scheduling conflict, I am requesting a brief continuance of Mr. Ramirez's
    sentencing.

5.  I have spoken to AUSA Antonio Pataca and he has no objection to the continuance.
    However, he will not agree to any further continuances beyond July 1, 2024.

**IT IS SO STIPULATED.**

DATED: May 14, 2024

> /s/ Monica L. Bermudez
> MONICA L. BERMUDEZ
> Counsel for Defendant
> Yovany Ramirez

DATED: May 14, 2024

> /s/Antonio Pataca
> ANTONIO PATACA
> Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on May 20, 2024, be vacated and reset to **July 1, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **May 14, 2024**

UNITED STATES DISTRICT JUDGE

2