Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Jovany Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-cr-00114 JLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO REAPPOINT MONICA L BERMUDEZ AS CJA ATTORNEY ON RECORD** |
| Jovany Ramirez | |
| Defendant. | |

On order terminating CJA Panel Attorney Monica L. Bermudez to represent Mr. Ramirez was filed on July 16, 2024. This proposed order to terminate CJA appointment was prematurely submitted on the part of Ms. Bermudez as Mr. Ramirez has an upcoming hearing on September 16, 2024. It is requested that Monica Bermudez be reappointment as CJA counsel to Mr. Ramirez case until the case has closed.

Dated: 08/05/2024                                               Respectfully submitted,

                                                                */s/ Monica L. Bermudez*
                                                                Monica L. Bermudez,
                                                                Attorney for Defendant
                                                                Jovany Ramirez

**ORDER**

Having reviewed the notice and found that attorney Monica L. Bermudez prematurely filed a termination of CJA appointment, the Court hereby grants attorney Monica L. Bermudez's request to be reappointed as defense counsel in this matter. Defendant is advised to contact the Office of Monica L. Bermudez 1304 L St Bakersfield, CA 93301.  The phone number for the office is (661) 616-2141.

The Clerk of Court is directed to serve a copy of this order on Defendant Jovany Ramirez the following address and to update the docket to reflect Monica Bermudez as counsel:

Central Valley Annex
#19379510
254 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **August 8, 2024**

UNITED STATES DISTRICT JUDGE