PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOVANY RAMIREZ,<br><br>    Defendant. | CASE NO. 1:22-CR-00114-JLT-SKO<br><br>STIPULATION REGARDING RESTITUTION; ORDER |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on July 1, 2024, following conviction after a plea of guilty to of one count of distribution of fentanyl to a person under the age of 21 (21 U.S.C. § 841(a)(1)).

2. Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victim's losses for September 16, 2024, at 9:00 a.m. As a result of this stipulation, the parties request the restitution hearing be vacated.

3. The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below. The parties therefore jointly request that the agreed restitution be incorporated into the judgment following sentencing.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The total amount of restitution owed by defendant Ramirez is $10,227.44.

   b) The parties' stipulated and the agreed to amount satisfies the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

   c) Defendant Ramirez agrees that the judgment and commitment issued in his case will include the restitution amounts and apportionment agreed to herein.

   d) Restitution in the amount of $10,227.44 shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Yovanny Ramirez shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $100.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

   e) Pursuant to 18 U.S.C. 3663(a)(2), the parties agree and stipulate that the restitution proceeds should be bifurcated such that fifty percent of the restitution proceeds available, and fifty percent of future restitution proceeds, are due immediately to Ms. Marisa Avila and fifty percent of the restitution proceeds available, and fifty percent of future restitution proceeds, are due to Mr. David Dunstan.

IT IS SO STIPULATED.

Dated:  September 6, 2024            PHILLIP A. TALBERT
                                     United States Attorney


                                     /s/ ANTONIO J. PATACA
                                     ANTONIO J. PATACA
                                     Assistant United States Attorney


Dated:  September 6, 2024            /s/ MONICA BERMUDEZ
                                     MONICA BERMUDEZ
                                     Counsel for Defendant
                                     YOVANY RAMIREZ

# FINDINGS AND ORDER

Based upon the Court's review of the available information and the agreement of the parties, the Court **ORDERS**:

1. The defendant SHALL pay restitution in the amount of $10,227.44. During the period of his imprisonment, he SHALL pay at the rate of not less than $25 per quarter, pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after his release from custody, during the period of supervised release, the United States Probation Officer assigned to Yovanny Ramirez shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $100.00 per month. The payments SHALL begin 120 days after the commencement of supervision. The interest is waived.

2. Pursuant to 18 U.S.C. 3663(a)(2), the restitution proceeds should be bifurcated such that fifty percent of the restitution proceeds available, and fifty percent of future restitution proceeds, are due immediately to Ms. Marisa Avila and fifty percent of the restitution proceeds available, and fifty percent of future restitution proceeds, are due to Mr. David Dunstan.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

                                                                                     *Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE