Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Yovany Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yovany Ramirez<br><br>Defendant. | No. 1:22-cr-00114<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On April 21, 2022, Defendant Yovany Ramirez was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Ramirez in his criminal case on November 15, 2022. Mr. Ramirez was sentenced pursuant to a plea agreement on July 1, 2024. The time for filing a direct appeal was July 15, 2024. No direct appeal was filed. Mr. Ramirez was in custody at sentencing. Mr. Ramirez' criminal case has now therefore come to an end. Having completed her representation of Mr. Ramirez, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Ramirez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 09/10/2024                                          Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Yovani Ramirez

**ORDER**

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which he was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Yovani Ramirez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Central Valley Annex
#99286509
254 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **September 10, 2024**                                    
UNITED STATES DISTRICT JUDGE